IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR399 |
| vs. | ) | ORDER |
| JOSE DE JESUS GARCIA-CASTRO, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Jose de Jesus Garcia-Castro (Garcia-Castro) to review detention (Filing No. 15). Following the filing of the motion, counsel for Garcia-Castro informed Pretrial Services that Garcia-Castro's proposed third-party custodian withdrew from consideration. Accordingly, Garcia-Castro's motion to review detention (Filing No. 15) is denied as moot.

**IT IS SO ORDERED.**

DATED this 5th day of January, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge