IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:11CR399 |
| vs. | ) | ORDER |
| JOSE DE JESUS GARCIA-CASTRO, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Jose de Jesus Garcia-Castro (Garcia-Castro) for an investigation of a proposed third-party custodian (Filing No. 17). The motion (Filing No. 17) is granted. Pretrial Services shall investigate the proposed third-party custodian and provide a copy of the report to the court and counsel.

**IT IS SO ORDERED.**

DATED this 17th day of January, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge